

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Henry Taylor, Jr., Appellant

No. 06-13-00078-CR          v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 40623-B).  Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.    Dissenting Opinion by Justice Carter.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Henry Taylor, Jr., pay all costs of this appeal.

RENDERED DECEMBER 13, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk